## Commonwealth *v.* Watts, Appellant.

Submitted November 14, 1966. *Bert Watts, Jr.,* appellant, in propria persona; *Charles B. Watkins* and *Edwin J. Martin,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Order affirmed.